| | |
|---|---|
| 1 | LAW OFFICES OF DALE K. GALIPO |
| 2 | Dale K. Galipo, SBN 144074<br>21800 Burbank Blvd., Suite 310 |
| 3 | Woodland Hills, California 91367<br>(818) 347-3333 |
| 4 | |
| 5 | VICKI I. SARMIENTO, SBN 134047<br>333 N. Garfield Avenue |
| 6 | Alhambra, California 91801<br>Telephone: (626) 308-1171 |
| 7 | DANA MENDELSON, SBN 184718 |
| 8 | 295 89th Street, Suite 201<br>Daly City, California 94015 |
| 9 | Telephone: (650) 757-8500 |
| 10 | Attorneys for Plaintiffs Julio R. Ayala and Mirna Ayala |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIO R AYALA and MIRNA AYALA, individually and as Administrators of the Estate of JULIO A. AYALA,<br><br>                Plaintiffs,<br><br>vs.<br><br>SOUTH SAN FRANCISCO POLICE DEPARTMENT, CHIEF MARK RAFFAELLI; CITY OF SOUTH SAN FRANCISCO; OFFICER MIKE KUCHAC; OFFICER JANELLE PEREZ; CORPORAL BRUCE McPHILLIPS; OFFICER DAVID BERRY; CORPORAL DANNY GIL; OFFICER MELINDA LOPEZ; CORPORAL KEN CHETCUTI; SERGEANT RON CARLINO; CORPORAL DAVE KENNAN; OFFICER CHRIS DEVAN; OFFICER MATT McNICHOL; OFFICER ADAM PLANK; OFFICER ROBBY CHON and DOES 1 to 10, inclusive<br><br>                Defendants. | CASE NO.: C 06-02061 WHA<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS MOTION TO DISMISS, OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT; [PROPOSED] ORDER** | |

---

1

JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT

Ayala v. South San Francisco Police Department, Case No. C 06-2061 WHA

Case 3:06-cv-02061-WHA   Document 26   Filed 07/20/06   Page 2 of 3
Case 3:06-cv-02061-WHA   Document 25   Filed 07/19/2006   Page 2 of 3
>> 6263081101                                       P 3/4

**THE PARTIES HERETO**, by and through their attorneys of record, stipulate to continue the hearing on defendants' motion to dismiss, or alternatively, for a more definite statement pursuant to FRCP 12(b)(6) and 12(e) presently scheduled for August 8, 2006 to August 31, 2006, at ~~9:00 A.M.~~ 8:00 a.m. in Courtroom "E" of the above-entitled Court.

IT IS SO STIPULATED:

Dated: July 14, 2006

LAW OFFICES OF VICKI I. SARMIENTO
LAW OFFICES OF DALE K. GALIPO
MENDELSON & ASSOCIATES

By: /s/ Vicki Sarmiento
VICKI I. SARMIENTO
Attorney for Plaintiffs Julio R. Ayala and Myrna Ayala, individually and as Administrators of the Estate of Julio A. Ayala

Dated: July 19, 2006

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Tricia L. Hynes
TRICIA L. HYNES
Attorney for Defendants
City of South San Francisco, South San Francisco Police Department, Chief Mark Raffaelli, Officer Mike Kuchac, Officer Janelle Perez, Corporal Bruce McPhillips, Officer David Berry, Corporal Danny Gil, Officer Melinda Lopez, Corporal Ken Chetcuti, Sergeant Ron Carlino, Corporal Dave Kennan, Officer Chris Devan, Officer Matt McNichol, Officer Adam Plank and Officer Robby Chon

---

2
JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT
Ayala v. South San Francisco Police Department, Case No. C 06-2061 WHA

# [PROPOSED] ORDER

The hearing on defendants' motion to dismiss, or alternatively, for a more definite statement pursuant to FRCP 12(b)(6) and 12(e) is continued to __August 31, 2006__ at __8:00 a.m.__ .

DATED: __July 20, 2006__

IT IS SO ORDERED

_/s/ William Alsup_
Judge William Alsup

_____
HONORABLE WILLIAM H. ALSUP

---

3

JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT

Ayala v. South San Francisco Police Department, Case No. C 06-2061 WHA