IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIO R. AYALA and MIRNA AYALA, individually and as Administrators of the Estate of Julio A. Ayala,

Plaintiffs,

v.

CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, CHIEF MARK RAFFAELLI, OFFICER MIKE KUCHAC, OFFICER JANELLE PEREZ, CORPORAL BRUCE McPHILLIPS, OFFICER DAVID BERRY, CORPORAL DANNY GIL, OFFICER MELINDA LOPEZ, CORPORAL KEN CHETCUTI, SERGEANT RON CARLINO, CORPORAL DAVE KENNAN, OFFICER CHRIS DEVAN, OFFICER MATT McNICHOL, OFFICER ADAM PLANK, OFFICER ROBBY CHON, and DOES 1 to 50, inclusive,

Defendants.
                                                                      /

No. C 06-02061 WHA

**ORDER SETTING HEARING ON DEFENDANTS' DISCOVERY DISPUTE**

The Court hereby sets **TUESDAY, FEBRUARY 20, 2007, AT 1:00 P.M.** in Courtroom No. 9 for a hearing concerning the discovery dispute outlined in defendants' letter of February 9, 2007. The parties **MUST** have met and conferred before the hearing.

**IT IS SO ORDERED.**

Dated: February 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE