LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
(818) 347-3333

LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 N. Garfield Avenue
Alhambra, California 91801
vislaw@vis-law.com
Telephone: (626) 308-1171

MENDELSON & ASSOCIATES
DANA MENDELSON, SBN 184718
295 89th Street, Suite 201
Daly City, California 94015
Telephone: (650) 757-8500

Attorneys for Plaintiffs Julio R. Ayala and Mirna Ayala individually and as Administrators of the Estate of Julio A. Ayala

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO R AYALA and MIRNA AYALA, individually and as Administrators of the Estate of JULIO A. AYALA,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>SOUTH SAN FRANCISCO POLICE DEPARTMENT, CHIEF MARK RAFFAELLI; CITY OF SOUTH SAN FRANCISCO; OFFICER MIKE KUCHAC; OFFICER JANELLE PEREZ; CORPORAL BRUCE McPHILLIPS; OFFICER DAVID BERRY; CORPORAL DANNY GIL; OFFICER MELINDA LOPEZ; CORPORAL KEN | CASE NO.: C 06-02061 WHA<br><br>**JOINT STIPULATION RE:** *IN CAMERA* **INSPECTION OF DEFENDANT OFFICERS PERSONNEL FILES;** ~~**[PROPOSED]**~~ **ORDER** |

CHETCUTI; SERGEANT RON CARLINO; CORPORAL DAVE KENNAN; OFFICER CHRIS DEVAN; OFFICER MATT McNICHOL; OFFICER ADAM PLANK; OFFICER ROBBY CHON and DOES 1 to 10, inclusive

Defendants.

*WHEREAS,* plaintiffs served a request for production of documents on defendant City seeking disclosure of documents pertaining to the individually named officers, to wit: prior complaints of excessive force and misconduct[1] from the officers' personnel files and/or from any Internal Affairs files or Management Control Division files of the South San Francisco Police Department, and the officers' personnel evaluations from 2000 to the present.

*WHEREAS,* on February 23, 2007, agreement was reached between plaintiffs' counsel Vicki I. Sarmiento and defendants' counsel Kimberly Colwell to request the Court to hold an *in camera* review of the officers' personnel files. Counsel agree to prepare a joint brief setting forth their respective positions re disclosure, and submit it to the Court ten (10) days prior to the review date.

*WHEREAS,* both counsel agree that disclosure, if any, will be made pursuant to a protective order.

---

[1] Misconduct was defined as follows: falsification of police reports, perjury, racial bias, aggressive behavior, violence, excessive force and any additional acts involving dishonesty, moral turpitude or criminal conduct.

2

*WHEREAS*, the parties respectfully request that the *in camera* review of the described documents take place on **March 22, 2007**, if this date is acceptable to the Court.

**IT IS SO STIPULATED:**

                **LAW OFFICES OF VICKI I. SARMIENTO**
                **LAW OFFICES OF DALE K. GALIPO**
                **MENDELSON & ASSOCIATES**

DATED: February 21, 2007    By:____/S/_____
                 VICKI I. SARMIENTO
                 Attorney for Plaintiffs Julio and Mirna
                 Ayala, Individually and as
                 Administrators of the Estate of Julio Ayala

Dated: February 23, 2007    **MEYERS, NAVE, RIBACK, SILVER & WILSON**

                By:____/S/_____
                 KIMBERLY E. COLWELL
                 Attorney for Defendants
                 City of South San Francisco, South San Francisco Police Department, Chief Mark Raffaelli, Officer Mike Kuchac, Officer Janelle Perez, Corporal Bruce McPhillips, Officer David Berry, Corporal Danny Gil, Officer Melinda Lopez, Corporal Ken Chetcuti, Sergeant Ron Carlino, Corporal Dave Kennan, Officer Chris Devan, Officer Matt McNichol, Officer Adam Plank and Officer Robby Chon

**[PROPOSED] ORDER**

**IT IS SO ORDERED:**

The Court agrees to hold an *in camera* inspection on ___Wednesday, March 7, 2007___ regarding the above described documents and files pursuant to this Joint Stipulation. The parties are to submit their joint brief setting forth their respective positions re disclosure ~~within _____ days before the inspection date~~ along with the above-described documents and files.

DATED: __February 28, 2007__   _____
HONORABLE WILLIAM H. ALSUP

*[Stamp: IT IS SO ORDERED — Judge William Alsup — United States District Court, Northern District of California]*

4

JOINT STIPULATION RE: IN CAMERA INSPECTION OF DEFENDANT-OFFICERS PERSONNEL FILES…
JULIO R. AYALA and MIRNA AYALA v. SOUTH SAN FRANCISCO POLICE DEPARTMENT
CASE NO: C06-02061 WHA