IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIO R. AYALA and MIRNA AYALA,
individually and as Administrators of the
Estate of Julio A. Ayala,

    Plaintiffs,

  v.

CITY OF SOUTH SAN FRANCISCO,
SOUTH SAN FRANCISCO POLICE
DEPARTMENT, CHIEF MARK
RAFFAELLI, OFFICER MIKE KUCHAC,
OFFICER JANELLE PEREZ, CORPORAL
BRUCE McPHILLIPS, OFFICER DAVID
BERRY, CORPORAL DANNY GIL,
OFFICER MELINDA LOPEZ, CORPORAL
KEN CHETCUTI, SERGEANT RON
CARLINO, CORPORAL DAVE KENNAN,
OFFICER CHRIS DEVAN, OFFICER MATT
McNICHOL, OFFICER ADAM PLANK,
OFFICER ROBBY CHON, and DOES 1 to 50,
inclusive,

    Defendants.
    _____/

No. C 06-02061 WHA

**ORDER RE DISCLOSURE OF DOCUMENTS PURSUANT TO IN CAMERA INSPECTION**

The Court has completed review of the documents submitted for in camera review. To arrange for pickup of copies of the disclosed documents, parties should contact Dawn Toland, courtroom deputy clerk, at 415-522-2020. Parties should arrange to pick up copies either today, March 15, 2007, or tomorrow, March 16, 2007.

**IT IS SO ORDERED.**

Dated: March 15, 2007.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE