United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO R. AYALA and MIRNA AYALA, individually and as Administrators of the Estate of Julio A. Ayala,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, CHIEF MARK RAFFAELLI, OFFICER MIKE KUCHAC, OFFICER JANELLE PEREZ, CORPORAL BRUCE McPHILLIPS, OFFICER DAVID BERRY, CORPORAL DANNY GIL, OFFICER MELINDA LOPEZ, CORPORAL KEN CHETCUTI, SERGEANT RON CARLINO, CORPORAL DAVE KENNAN, OFFICER CHRIS DEVAN, OFFICER MATT McNICHOL, OFFICER ADAM PLANK, OFFICER ROBBY CHON, and DOES 1 to 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-02061 WHA<br><br>**ORDER DENYING JOINT STIPULATION TO EXTEND EXPERT DISCOVERY CUTOFF** |

The Court has received parties' joint stipulation to extend the expert discovery cutoff to take the deposition of Mario Molina. The stipulation is **DENIED**. Parties may take Mr. Molina's deposition, however, the Court will not hear any disputes arising therefrom.

**IT IS SO ORDERED.**

Dated: June 5, 2007.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE