1    LAW OFFICES OF VICKI I. SARMIENTO
     A Professional Corporation
2    VICKI I. SARMIENTO, SBN 134047
     333 N. Garfield Avenue
3    Pasadena, California  91801
     Telephone:  (308) 793-1171
4
     MENDELSON & ASSOCIATES
5    DANA MENDELSON, SBN 184718
     295 89th Street, Suite 201
6    Daly City, California  94015
     Telephone:  (650) 757-8500
7
     Attorneys for Plaintiffs Ayala
8

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13

14   JULIO AYALA and MIRNA AYALA,              CASE NO.:  C 06-2061 WHA
     individually and as Administrators of the Estate
15   of JULIO AYALA,
                                               **STIPULATION AND PROPOSED
16                       Plaintiffs,           ORDER FOR DISMISSAL OF CASE**

17        vs.

18   CITY OF SOUTH SAN FRANCISCO, CHIEF
     MARK RAFFAELLI; OFFICER MIKE
19   KUCHAC; OFFICER JANELLE PEREZ;
     CORPORAL BRUCE McPHILLIPS;
20   OFFICER DAVID BERRY; CORPORAL
     DANNY GIL; OFFICER MELINDA LOPEZ;
21   CORPORAL KEN CHETCUTI; SERGEANT
     RON CARLINO; CORPORAL DAVE
22   KENNAN; OFFICER CHRIS DEVAN;
     OFFICER MATT McNICHOL; OFFICER
23   ADAM PLANK; OFFICER ROBBY CHON
24   and DOES 1 to 10, inclusive
25
                         Defendants.
26

27

28

                                      1

The parties, through their respective attorneys of record, stipulate to the dismissal of the entire action with prejudice by Plaintiffs, JULIO AYALA and MIRNA AYALA, individually and as administrators of the Estate of Julio Ayala, against all defendants.

Dated: September 18, 2007          **LAW OFFICES OF VICKI I. SARMIENTO**
                                   **LAW OFFICES OF DALE K. GALIPO**
                                   **MENDELSON & ASSOCIATES**


                                   By: ___/S/_____
                                   VICKI I. SARMIENTO
                                   Attorneys for Plaintiffs JULIO AYALA AND
                                   MIRNA AYALA


Dated: September 18, 2007          **MEYERS, NAVE, RIBACK, SILVER & WILSON**


                                   By: _____
                                   TRICIA L. HYNES— Kimberly E. Colwell
                                   Attorneys for Defendants


                          ~~[PROPOSED]~~ ORDER

The Court having considered the Stipulation for dismissal of the action hereby dismisses the entire action brought by plaintiffs against all defendants with prejudice.


**DATED:** _September 19, 2007_____

                                   HON. _____ISUP

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE

Ayala v. South San Francisco Police Department, Case No. C 06-02061 WHA